# Exhibit 21



201 W. Front Street
Media, PA 19063
610-891-4152

10004988-0022R

**Instrument Number: 2022032350**
**e/Page:** RECORD BK 6834 PG 1025
**rded Date: 06/06/2022 4:03:09 PM**

mber: 927728
iddk
e: MORTGAGE
e Count: : 25

**Return To (Simplifile):**
Better Research LLC 2
1 PARAGON DRSUITE 150B
MONTVALE, NJ 07645-1765

3-00578-00

| | | |
|---|---|---|
| FEES: | $37.50 | |
| HOUSING FEE: | $16.00 | |
| ROVEMENT FUND: | $5.00 | |
| | $15.00 | |
| | $40.25 | |
| PAGE FEE: | $42.00 | |
| PAGE FEE (AFF): | $42.00 | |
| | $0.50 | |
| | $198.25 | |
| | $198.25 | |
| | $0.00 | |

**Instrument Number:** 2022032350
**Volume/Page:** RECORD BK 6834 PG 1025
**Recorded Date:** 06/06/2022 4:03:09 PM

## OFFICIAL RECORDING COVER PAGE
# DO NOT DETACH
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT

ocument data differs from this cover sheet, please first check the document on our website to
been corrected.  The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
CE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY A

d by, and after recording
o:
reWoods LLP
venue of the Americas, 20th Floor
ork, New York 10020
eal Estate Recording Department

APN No.:    16-03-00578-00
County:    Delaware

## OPEN-END MULTIFAMILY MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

### (PENNSYLVANIA)

S AN OPEN-END MORTGAGE UNDER 42 PA. C.S.A. SECTION 8143 WH
RES FUTURE ADVANCES. THE MAXIMUM AMOUNT SECURED BY T
END MORTGAGE IS TWO HUNDRED PERCENT (200%) OF THE ORIGI
IPAL AMOUNT OF THE NOTE, PLUS ACCRUED BUT UNPAID INTERE
COSTS, AND EXPENSES, AND ADVANCES MADE AS PROVIDED HERE
OPEN-END MORTGAGE FURTHER SECURES ALL ADVANCES AUTHORIZ
R 42 PA. C.S.A. SECTION 8144. ALL NOTICES TO BE GIVEN TO BORROW
UANT TO 42 PA. C.S.A. SECTION 8143 SHALL BE AS SET FORTH
ON 8 OF THIS OPEN-END MORTGAGE.

urst Apartments
y Road, Upper Darby, Pennsylvania 19082

**AND FIXTURE FILING**

This OPEN-END MULTIFAMILY MORTGAGE, ASSIGNMENT OF LEASES A[...] , SECURITY AGREEMENT AND FIXTURE FILING (as amended, restated, repla[...] ...ented, or otherwise modified from time to time, the **"Security Instrument"**) dated a[...] 2, 2022, and is made effective as of May 12, 2022, is executed by **STONEHU[...] ...TY CO., LP**, a limited partnership organized and existing under the laws of Pennsylv[...] ...gagor (**"Borrower"**), to and for the benefit of **ORIX REAL ESTATE CAPITAL, [...]** ...d liability company, doing business as Lument Capital organized and existing unde[...] ...Delaware, as mortgagee (**"Lender"**).

...Borrower, in consideration of (i) the loan in the original principal amount of **$6,181,00[...] Mortgage Loan"**) evidenced by that certain Multifamily Note dated as of the date of[...] ...y Instrument, executed by Borrower and made payable to the order of Lender (as amer[...] ...l, replaced, supplemented, or otherwise modified from time to time, the **"Note"**), [...] ...certain Multifamily Loan and Security Agreement dated as of the date of this Sec[...] ...ment, executed by and between Borrower and Lender (as amended, restated, repla[...] ...mented or otherwise modified from time to time, the **"Loan Agreement"**), and to secu[...] ...the repayment of the Indebtedness (as defined in this Security Instrument), an[...] ...ls, extensions and modifications thereof, and the performance of the covenants [...] ...nts of Borrower contained in the Loan Documents (as defined in the Loan Agreem[...] ...ng the Environmental Indemnity Agreement (as defined in this Security Instrum[...] ...ably and unconditionally mortgages, grants, assigns, remises, releases, warrants [...] ...s to and for the benefit of Lender the Mortgaged Property (as defined in this Sec[...] ...ment), including the real property located in the County of **Delaware**, Commonweal[...] ...lvania, and described in Exhibit A attached to this Security Instrument and incorporate[...] ...ce (the **"Land"**), to have and to hold such Mortgaged Property unto Lender and Len[...] ...ors and assigns, forever; Borrower hereby releasing, relinquishing and waiving, t[...] ...extent allowed by law, all rights and benefits, if any, under and by virtue of the home[...] ...tion laws of the Property Jurisdiction (as defined in this Security Instrument), if applic[...]

...Borrower represents and warrants that Borrower is lawfully seized of the Mortg[...] ...ty and has the right, power and authority to mortgage, grant, assign, remise, release, wa[...] ...nvey the Mortgaged Property, and that the Mortgaged Property is not encumbered by [...] ...as defined in this Security Instrument) other than Permitted Encumbrances (as defin[...] ...curity Instrument). Borrower covenants that Borrower will warrant and defend the ti[...] ...rtgaged Property against all claims and demands other than Permitted Encumbrances[...]

the Loan Agreement. All terms used and not specifically defined herein, but which
se defined by the UCC, shall have the meanings assigned to them by the UCC.
ng terms, when used in this Security Instrument, shall have the following meanings:

emnation Action" means any action or proceeding, however characterized or na
to any condemnation or other taking, or conveyance in lieu thereof, of all or any pa
rtgaged Property, whether direct or indirect.

cement Costs" means all expenses and costs, including reasonable attorneys' fees
s, fees and out-of-pocket expenses of expert witnesses and costs of investigation, incu
der as a result of any Event of Default under the Loan Agreement or in connection
to collect any amount due under the Loan Documents, or to enforce the provisions o
greement or any of the other Loan Documents, including those incurred in post-judg
on efforts and in any bankruptcy or insolvency proceeding (including any action for r
e automatic stay of any bankruptcy proceeding or Foreclosure Event) or judicial or
foreclosure proceeding, to the extent permitted by law.

onmental Indemnity Agreement" means that certain Environmental Inden
ent dated as of the date of this Security Instrument, executed by Borrower to and fo
of Lender, as the same may be amended, restated, replaced, supplemented, or other
ed from time to time.

onmental Laws" has the meaning set forth in the Environmental Indemnity Agreeme

of Default" has the meaning set forth in the Loan Agreement.

res" means all Goods that are so attached or affixed to the Land or the Improvements
ute a fixture under the laws of the Property Jurisdiction.

s" means all of Borrower's present and hereafter acquired right, title and interest in all g
are used now or in the future in connection with the ownership, management, or oper
Land or the Improvements or are located on the Land or in the Improvements, inclu
ory; furniture; furnishings; machinery, equipment, engines, boilers, incinerators,
d building materials; systems and equipment for the purpose of supplying or distrib
, cooling, electricity, gas, water, air, or light; antennas, cable, wiring, and conduits us
tion with radio, television, security, fire prevention, or fire detection, or otherwise us
lectronic signals; telephone systems and equipment; elevators and related machinery
ent; fire detection, prevention and extinguishing systems and apparatus; security and a
systems and apparatus; plumbing systems; water heaters, ranges, stoves, microwave o

nic form); websites, URLs, blogs, and social network pages; computer equipment (hard

ftware); and other tangible personal property which is used now or in the futur

tion with the ownership, management, or operation of the Land or the Improvements o

on the Land or in the Improvements.

sition Deposits" means deposits in an amount sufficient to accumulate with Lende

um required to pay the Impositions when due.

sitions" means

(a)     any water and sewer charges which, if not paid, may result in a lien on all or

the Mortgaged Property;

(b)     the premiums for fire and other casualty insurance, liability insurance, rent

ce and such other insurance as Lender may require under the Loan Agreement;

(c)     Taxes; and

(d)     amounts for other charges and expenses assessed against the Mortgaged Pro

Lender at any time reasonably deems necessary to protect the Mortgaged Propert

t the imposition of liens on the Mortgaged Property, or otherwise to protect Len

s, all as reasonably determined from time to time by Lender.

ovements" means the buildings, structures, improvements, and alterations now constr

y time in the future constructed or placed upon the Land, including any future replacem

s, and additions and other construction on the Land.

otedness" means the principal of, interest on, and all other amounts due at any time u

te, the Loan Agreement, this Security Instrument or any other Loan Document (other

vironmental Indemnity Agreement and Guaranty), including Prepayment Premiums

s, interest charged at the Default Rate, and accrued interest as provided in the

ment and this Security Instrument, advances, costs and expenses to perform the obliga

rower or to protect the Mortgaged Property or the security of this Security Instrumen

onetary obligations of Borrower under the Loan Documents (other than the Environm

ity Agreement), including amounts due as a result of any indemnification obligations

forcement Costs.

" means the real property described in Exhibit A.

ncy agreements if Borrower is a cooperative housing corporation), and all modificat
ons or renewals thereof.

means any claim or charge against property for payment of a debt or an amount owe
rendered, including any mortgage, deed of trust, deed to secure debt, security interest
y materialman's or mechanic's lien, or any lien of a Governmental Authority, inclu
in connection with the payment of utilities, or any other encumbrance.

**gaged Property**" means all of Borrower's present and hereafter acquired right, title
, if any, in and to all of the following:

(a)      the Land;

(b)      the Improvements;

(c)      the Personalty;

(d)      current and future rights, including air rights, development rights, zoning right
imilar rights or interests, easements, tenements, rights-of-way, strips and gores of
alleys, roads, sewer rights, waters, watercourses, and appurtenances related t
ting the Land or the Improvements, or both, and all rights-of-way, streets, alleys and
may have been or may in the future be vacated;

(e)      insurance policies relating to the Mortgaged Property (and any unearned premi
proceeds paid or to be paid by any insurer of the Land, the Improvements, the Person
other part of the Mortgaged Property, whether or not Borrower obtained the insur
t to Lender's requirements;

(f)      awards, payments and other compensation made or to be made by any muni
federal authority with respect to the Land, the Improvements, the Personalty, or any
f the Mortgaged Property, including any awards or settlements resulting
ondemnation Actions, (2) any damage to the Mortgaged Property caused by governm
that does not result in a Condemnation Action, or (3) the total or partial taking of the
rovements, the Personalty, or any other part of the Mortgaged Property under the pow
t domain or otherwise and including any conveyance in lieu thereof;

(g)      contracts, options and other agreements for the sale of the Land, the Improvem
rsonalty, or any other part of the Mortgaged Property entered into by Borrower now
ure, including cash or securities deposited to secure performance by parties of

(i)     earnings, royalties, accounts receivable, issues and profits from the Land [or Improv]ements or any other part of the Mortgaged Property, and all undisbursed proceeds o[f Mortga]ge Loan and, if Borrower is a cooperative housing corporation, maintenance charg[es or assessm]ents payable by shareholders or residents;

(j)     Imposition Deposits;

(k)     refunds or rebates of Impositions by any municipal, state or federal authori[ty or insuran]ce company (other than refunds applicable to periods before the real property tax ye[ar in which t]his Security Instrument is dated);

(l)     tenant security deposits;

(m)     names under or by which any of the above Mortgaged Property may be operat[ed or known] and all trademarks, trade names, and goodwill relating to any of the Mortgaged Prop[erty;]

(n)     Collateral Accounts and all Collateral Account Funds;

(o)     products, and all cash and non-cash proceeds from the conversion, volunta[ry or involu]ntary, of any of the above into cash or liquidated claims, and the right to collect [such procee]ds; and

(p)     all of Borrower's right, title and interest in the oil, gas, minerals, mineral inte[rests, royalti]es, overriding royalties, production payments, net profit interests and other interests [and estates] in, under and on the Mortgaged Property and other oil, gas and mineral interests with w[hich any of] the foregoing interests or estates are pooled or unitized.

"[Perm]itted Encumbrance" means only the easements, restrictions and other matters listed [in a schedu]le of exceptions to coverage in the Title Policy and Taxes for the current tax year tha[t are not yet] due and payable.

"[Perso]nalty" means all of Borrower's present and hereafter acquired right, title and interest [in all goods], accounts, choses of action, chattel paper, documents, general intangibles (inclu[ding Softwa]re), payment intangibles, instruments, investment property, letter of credit r[ights, suppor]ting obligations, computer information, source codes, object codes, records and dat[a, all teleph]one numbers or listings, claims (including claims for indemnity or breach of warra[nty), depos]it accounts and other property or assets of any kind or nature related to the Land o[r the Impro]vements now or in the future, including operating agreements, surveys, plans[, and specifi]cations and contracts for architectural, engineering and construction services relating t[o the constru]ction of the Improvements, and all other intangible property and rights relating to the operati[on of,]

**yment Premium"** has the meaning set forth in the Loan Agreement.

**rty Jurisdiction"** means the jurisdiction in which the Land is located.

" means all rents (whether from residential or non-residential space), revenues and from the Land or the Improvements, including subsidy payments received from including payments under any "Housing Assistance Payments Contract" or other agreement (if any), parking fees, laundry and vending machine income and fees for food, health care and other services provided at the Mortgaged Property, whether st due, or to become due, and tenant security deposits.

**are"** means a computer program and any supporting information provided in conne transaction relating to the program. The term does not include any computer program ded in the definition of Goods.

" means all taxes, assessments, vault rentals and other charges, if any, general, speci ise, including assessments for schools, public betterments and general or ements, which are levied, assessed or imposed by any public authority or quasi-p ty, and which, if not paid, may become a lien, on the Land or the Improvements o pon any Loan Document.

**Policy"** has the meaning set forth in the Loan Agreement.

" means the Uniform Commercial Code in effect in the Property Jurisdiction, as ame me to time.

**Collateral"** means any or all of that portion of the Mortgaged Property in which a sec t may be granted under the UCC and in which Borrower has any present or here d right, title or interest.

**Security Agreement; Fixture Filing.**

(a)     To secure to Lender, the repayment of the Indebtedness, and all rene ons and modifications thereof, and the performance of the covenants and agreemen ver contained in the Loan Documents, Borrower hereby pledges, assigns, and gran a continuing security interest in the UCC Collateral. This Security Instrument const rity agreement and a financing statement under the UCC. This Security Instrument utes a financing statement pursuant to the terms of the UCC with respect to any part aged Property that is or may become a Fixture under applicable law, and will be record

cured party under the UCC or otherwise provided at law or in equity, in addition t...
s provided by this Security Instrument and in any Loan Document. Lender may exe...
all of its remedies against the UCC Collateral separately or together, and in any o...
in any way affecting the availability or validity of Lender's other remedies. For purp...
UCC, the debtor is Borrower and the secured party is Lender. The name and address o...
and secured party are set forth after Borrower's signature below which are the addre...
hich information on the security interest may be obtained.

(b)     Borrower represents and warrants that: (1) Borrower maintains its chief execu...
t the location set forth after Borrower's signature below, and Borrower will notify Le...
ing of any change in its chief executive office within five (5) days of such cha...
rower is the record owner of the Mortgaged Property; (3) Borrower's state of incorpora...
ation, or formation, if applicable, is as set forth on Page 1 of this Security Instrum...
rower's exact legal name is as set forth on Page 1 of this Security Instrum...
rower's organizational identification number, if applicable, is as set forth after Borrow...
re below; (6) Borrower is the owner of the UCC Collateral subject to no liens, charg...
rances other than the lien hereof; (7) except as expressly provided in the Loan Agreem...
C Collateral will not be removed from the Mortgaged Property without the conse...
; and (8) no financing statement covering any of the UCC Collateral or any proceeds the...
e in any public office except pursuant hereto.

(c)     All property of every kind acquired by Borrower after the date of this Sec...
ent which by the terms of this Security Instrument shall be subject to the lien an...
interest created hereby, shall immediately upon the acquisition thereof by Borrowe...
t further conveyance or assignment become subject to the lien and security interest cr...
Security Instrument. Nevertheless, Borrower shall execute, acknowledge, deliver...
or file, as appropriate, all and every such further deeds of trust, mortgages, deeds to se...
ecurity agreements, financing statements, assignments and assurances as Lender...
for accomplishing the purposes of this Security Instrument and to comply wit...
ding requirements of the UCC.

Assignment of Leases and Rents; Appointment of Receiver; Lender in Possessio...

(a)     As part of the consideration for the Indebtedness, Borrower absolutely...
itionally assigns and transfers to Lender all Leases and Rents. It is the intentio...
ver to establish present, absolute and irrevocable transfers and assignments to Lender...
and Rents and to authorize and empower Lender to collect and receive all Rents wi...
cessity of further action on the part of Borrower. Borrower and Lender intend...
nts of Leases and Rents to be effective immediately and to constitute absolute...

conditional assignments of Leases and Rents are not enforceable by their terms under [the laws of] the Property Jurisdiction, then each of the Leases and Rents shall be included as pa[rt of the Mor]tgaged Property, and it is the intention of Borrower, in such circumstance, that this Sec[urity Instrum]ent create and perfect a lien on each of the Leases and Rents in favor of Lender, w[hich lien sh]all be effective as of the date of this Security Instrument.

(b)     Until an Event of Default has occurred and is continuing, but subject to [the limitati]ons set forth in the Loan Documents, Borrower shall have a revocable license to exe[rcise all righ]ts, power and authority granted to Borrower under the Leases (including the right, po[wer and aut]hority to modify the terms of any Lease, extend or terminate any Lease, or enter into [new Leases, subject to the limitations set forth in the Loan Documents), and to collect and receiv[e all Rents, t]o hold all Rents in trust for the benefit of Lender, and to apply all Rents to pay the Mor[tgage Debt, S]ervice Payments and the other amounts then due and payable under the other [Loan Docum]ents, including Imposition Deposits, and to pay the current costs and expenses of manag[ing, operati]ng and maintaining the Mortgaged Property, including utilities and Impositions (to [the extent n]ot included in Imposition Deposits), tenant improvements and other capital expendit[ures. So long] as no Event of Default has occurred and is continuing (and no event which, with the gi[ving of noti]ce or the passage of time, or both, would constitute an Event of Default has occurred a[nd is continu]ing), the Rents remaining after application pursuant to the preceding sentence ma[y be retaine]d and distributed by Borrower free and clear of, and released from, Lender's rights [with respect] to Rents under this Security Instrument.

(c)     If an Event of Default has occurred and is continuing, without the necessit[y of Lender] entering upon and taking and maintaining control of the Mortgaged Property directly, [by a receive]r, or by any other manner or proceeding permitted by the laws of the Property Jurisdic[tion, the rev]ocable license granted to Borrower pursuant to Section 3(b) shall automatically termi[nate, and Le]nder shall immediately have all rights, powers and authority granted to Borrower unde[r the Leases (]including the right, power and authority to modify the terms of any such Lease, or ex[tend or term]inate any such Lease) and, without notice, Lender shall be entitled to all Rents as [they becom]e due and payable, including Rents then due and unpaid.  During the continuance o[f an Event] of Default, Borrower authorizes Lender to collect, sue for and compromise Rents and di[rects each te]nant of the Mortgaged Property to pay all Rents to, or as directed by, Lender, and Borr[ower shall, u]pon Borrower's receipt of any Rents from any sources, pay the total amount of such rec[eipts to Len]der.  Although the foregoing rights of Lender are self-effecting, at any time durin[g the contin]uance of an Event of Default, Lender may make demand for all Rents, and Lender may [give, and Bo]rrower hereby irrevocably authorizes Lender to give, notice to all tenants of the Mortg[aged Proper]ty instructing them to pay all Rents to Lender.  No tenant shall be obligated to inquire fu[rther as to th]e occurrence or continuance of an Event of Default, and no tenant shall be obligated to [pay to

(d)     If an Event of Default has occurred and is continuing, Lender may, regardle[ss]
[of the ade]quacy of Lender's security or the solvency of Borrower, and even in the absence of w[aste,]
[up]on, take and maintain full control of the Mortgaged Property, and may exclude Borro[wer, its]
agents and employees therefrom, in order to perform all acts that Lender, in its discre[tion, deter]mines to be necessary or desirable for the operation and maintenance of the Mortg[aged Proper]ty, including the execution, cancellation or modification of Leases, the collection o[f Rents]
(including through use of a lockbox, at Lender's election), the making of repairs to [the Mortga]ged Property and the execution or termination of contracts providing for the managem[ent, opera]tion or maintenance of the Mortgaged Property, for the purposes of enforcing this assign[ment of Rent]s, protecting the Mortgaged Property or the security of this Security Instrument an[d the Mortga]ge Loan, or for such other purposes as Lender in its discretion may deem necessa[ry or desirab]le.

(e)     Notwithstanding any other right provided Lender under this Security Instrume[nt or any oth]er Loan Document, if an Event of Default has occurred and is continuing, and regard[less of the a]dequacy of Lender's security or Borrower's solvency, and without the necessity of gi[ving prior n]otice (oral or written) to Borrower, Lender may apply to any court having jurisdictio[n for the app]ointment of a receiver for the Mortgaged Property to take any or all of the actions set [forth in Secti]on 3. If Lender elects to seek the appointment of a receiver for the Mortgaged Prope[rty at any tim]e after an Event of Default has occurred and is continuing, Borrower, by its executio[n of this Se]curity Instrument, expressly consents to the appointment of such receiver, including[ the appoint]ment of a receiver *ex parte*, if permitted by applicable law. Borrower consents to short[ened time co]nsideration of a motion to appoint a receiver. Lender or the receiver, as applicable, [shall be enti]tled to receive a reasonable fee for managing the Mortgaged Property and such fee [shall becom]e an additional part of the Indebtedness. Immediately upon appointment of a receiv[er or Lender]'s entry upon and taking possession and control of the Mortgaged Property, possessi[on of the Mo]rtgaged Property and all documents, records (including records on electronic or mag[netic media]), accounts, surveys, plans, and specifications relating to the Mortgaged Property, an[d all securit]y deposits and prepaid Rents, shall be surrendered to Lender or the receiver, as applic[able. If Lend]er or receiver takes possession and control of the Mortgaged Property, Lender or rec[eiver may ex]clude Borrower and its representatives from the Mortgaged Property.

(f)     The acceptance by Lender of the assignments of the Leases and Rents pursua[nt to this Se]ction 3 shall not at any time or in any event obligate Lender to take any action unde[r any Loan ]Document or to expend any money or to incur any expense. Lender shall not be liab[le in any wa]y for any injury or damage to person or property sustained by any Person in, on or a[bout the Mo]rtgaged Property. Prior to Lender's actual entry upon and taking possession and contr[ol of the La]nd and Improvements, Lender shall not be:

(2)  obligated to appear in or defend any action or proceeding relating to

Lease or the Mortgaged Property; or

(3)  responsible for the operation, control, care, management or repair of

Mortgaged Property or any portion of the Mortgaged Property.

xecution of this Security Instrument shall constitute conclusive evidence that

ibility for the operation, control, care, management and repair of the Mortgaged Prop

shall be that of Borrower, prior to such actual entry and taking possession and contro

of the Land and Improvements.

(g)  Lender shall be liable to account only to Borrower and only for Rents act

d by Lender.  Lender shall not be liable to Borrower, anyone claiming under or thr

er or anyone having an interest in the Mortgaged Property by reason of any act or omi

der under this Section 3, and Borrower hereby releases and discharges Lender from

ibility to the fullest extent permitted by law, provided that Lender shall not be released

that occurs as a result of Lender's gross negligence or willful misconduct as determ

urt of competent jurisdiction pursuant to a final, non-appealable court order. If the

sufficient to meet the costs of taking control of and managing the Mortgaged Property

ng the Rents, any funds expended by Lender for such purposes shall be added to

a part of, the principal balance of the Indebtedness, be immediately due and payable

terest at the Default Rate from the date of disbursement until fully paid.  Any entering

king control of the Mortgaged Property by Lender or the receiver, and any applicati

as provided in this Security Instrument, shall not cure or waive any Event of Defa

ate any other right or remedy of Lender under applicable law or provided for in this Se

ent or any Loan Document.

**Protection of Lender's Security.**

If Borrower fails to perform any of its obligations under this Security Instrument o

Loan Document, or any action or proceeding is commenced that purports to affec

aged Property, Lender's security, rights or interests under this Security Instrument o

Document (including eminent domain, insolvency, code enforcement, civil or cri

ıre, enforcement of Environmental Laws, fraudulent conveyance or reorganizatio

dings involving a debtor or decedent), Lender may, at its option, make such appeara

se or pay such sums and take such actions, whether before or after an Event of Defa

er directly or to any receiver for the Mortgaged Property, as Lender reasonably d

ary to perform such obligations of Borrower and to protect the Mortgaged Proper

's security, rights or interests in the Mortgaged Property or the Mortgage Loan, inclu

(b) entering upon the Mortgaged Property to make repairs or secure the Mortg
y;

(c) obtaining (or force-placing) the insurance required by the Loan Documents; a

(d) paying any amounts required under any of the Loan Documents that Borrowe
o pay.

nounts so disbursed or paid by Lender shall be added to, and become part of, the prin
of the Indebtedness, be immediately due and payable and bear interest at the Default
e date of disbursement until fully paid. The provisions of this Section 4 shall not be dee
gate or require Lender to incur any expense or take any action.

**Default; Acceleration; Remedies.**

(a) If an Event of Default has occurred and is continuing, Lender, at its option,
the Indebtedness to be immediately due and payable without further demand, and
vith or without entry or taking possession as herein provided or otherwise, proceed by
at law or in equity or any other appropriate proceeding or remedy (1) to enforce pay
Mortgage Loan; (2) to foreclose this Security Instrument judicially or non-judicially;
e or exercise any right under any Loan Document; and (4) to pursue any one (1) or
emedies provided in this Security Instrument or in any other Loan Document or other
d by applicable law. Each right and remedy provided in this Security Instrument o
Loan Document is distinct from all other rights or remedies under this Security Instru
other Loan Document or otherwise afforded by applicable law, and each shall be cumul
ay be exercised concurrently, independently, or successively, in any order. Borrowe
t to bring an action to assert the nonexistence of an Event of Default or any other de
rower to acceleration and sale.

(b) In connection with any sale made under or by virtue of this Security Instru
ole of the Mortgaged Property may be sold in one (1) parcel as an entirety or in sep
parcels at the same or different times, all as Lender may determine in its sole discr
shall have the right to become the purchaser at any such sale. In the event of any such
itstanding principal amount of the Mortgage Loan and the other Indebtedness, i
usly due, shall be and become immediately due and payable without demand or noti
d. If the Mortgaged Property is sold for an amount less than the amount outstanding
ebtedness, the deficiency shall be determined by the purchase price at the sale or sale
ent not prohibited by applicable law, Borrower waives all rights, claims, and defense
t to Lender's ability to obtain a deficiency judgment.

(d)     In connection with the exercise of Lender's rights and remedies under this Sec... ...ment and any other Loan Document, there shall be allowed and included as Indebted... ...expenditures and expenses authorized by applicable law and all other expenditures ...es which may be paid or incurred by or on behalf of Lender for reasonable legal ...al fees, outlays for documentary and expert evidence, stenographic charges and public... ...2) all expenses of any environmental site assessments, environmental audits, environm... ...tion costs, appraisals, surveys, engineering studies, wetlands delineations, flood ... ...and any other similar testing or investigation deemed necessary or advisable by Le... ...d in preparation for, contemplation of or in connection with the exercise of Lender's r... ...medies under the Loan Documents; and (3) costs (which may be reasonably estimated ...o be expended in connection with the exercise of Lender's rights and remedies under... ...ocuments) of procuring all abstracts of title, title searches and examinations, title insu... ...s, and similar data and assurance with respect to title as Lender may deem reason... ...ry either to prosecute any suit or to evidence the true conditions of the title to or the v... ...Mortgaged Property to bidders at any sale which may be held in connection with the exe... ...der's rights and remedies under the Loan Documents. All expenditures and expenses ... ...mentioned in this Section 5, and such other expenses and fees as may be incurred i... ...tion of the Mortgaged Property and rents and income therefrom and the maintenance ... ...this Security Instrument, including the fees of any attorney employed by Lender i... ...on or proceedings affecting this Security Instrument, the Note, the other Loan Docum... ...Mortgaged Property, including bankruptcy proceedings, any Foreclosure Event, ... ...tion of the commencement or defense of any proceedings or threatened suit or procee... ...rwise in dealing specifically therewith, shall be so much additional Indebtedness and ... ...mediately due and payable by Borrower, with interest thereon at the Default Rate until ...

(e)     Any action taken by Lender pursuant to the provisions of this Section 5 ... ...y with the laws of the Property Jurisdiction. Such applicable laws shall take preced... ...e provisions of this Section 5, but shall not invalidate or render unenforceable any ... ...on of any Loan Document that can be construed in a manner consistent with any appli... ...f any provision of this Security Instrument shall grant to Lender (including Lender acti... ...gagee-in-possession), or a receiver appointed pursuant to the provisions of this Sec... ...ment any powers, rights or remedies prior to, upon, during the continuance of or follo... ...t of Default that are more limited than the powers, rights, or remedies that would othe... ...ed in such party under any applicable law in the absence of said provision, such party ... ...ed with the powers, rights, and remedies granted in such applicable law to the full e... ...ted by law.

ment of the lien of this Security Instrument or to any action brought to enforce any [...]
[...]ent. Notwithstanding the existence of any other security interests in the Mortg[...]
[...]y held by Lender or by any other party, Lender shall have the right to determine the o[...]
[...]h any or all of the Mortgaged Property shall be subjected to the remedies provided in [...]
[...]y Instrument and/or any other Loan Document or by applicable law. Lender shall hav[...]
[...]determine the order in which any or all portions of the Indebtedness are satisfied from [...]
[...]ls realized upon the exercise of such remedies. Borrower, for itself and all who may c[...]
[...]ough or under it, and any party who now or in the future acquires a security interest i[...]
[...]ged Property and who has actual or constructive notice of this Security Instrument, wa[...]
[...]all right to require the marshaling of assets or to require that any of the Mortgaged Prop[...]
[...]in the inverse order of alienation or that any of the Mortgaged Property be sold in pa[...]
[...]same time or different times) in connection with the exercise of any of the reme[...]
[...]d in this Security Instrument or any other Loan Document, or afforded by applicable [...]

### Waiver of Redemption; Rights of Tenants.

(a)     Borrower hereby covenants and agrees that it will not at any time apply for, i[...]
[...]lead, avail itself, or in any manner claim or take any advantage of, any appraisement, [...]
[...]ion or extension law or any so-called "Moratorium Law" now or at any time here[...]
[...]l or in force in order to prevent or hinder the enforcement or foreclosure of this Sec[...]
[...]ent. Without limiting the foregoing:

(1)     Borrower, for itself and all Persons who may claim by, through or u[...]
Borrower, hereby expressly waives any so-called "Moratorium Law" and any and all r[...]
of reinstatement and redemption, if any, under any order or decree of foreclosure o[...]
Security Instrument, it being the intent hereof that any and all such "Moratorium La[...]
and all rights of reinstatement and redemption of Borrower and of all other Per[...]
claiming by, through or under Borrower are and shall be deemed to be hereby waiv[...]
the fullest extent permitted by the laws of the Property Jurisdiction;

(2)     Borrower shall not invoke or utilize any such law or laws or other[...]
hinder, delay or impede the execution of any right, power remedy herein or other[...]
granted or delegated to Lender but will suffer and permit the execution of every such [...]
power and remedy as though no such law or laws had been made or enacted; and

(3)     if Borrower is a trust, Borrower represents that the provisions of [...]
Section 7 (including the waiver of reinstatement and redemption rights) were made [...]
express direction of Borrower's beneficiaries and the persons having the power of dire[...]
over Borrower, and are made on behalf of the trust estate of Borrower and all benefic[...]

nts in any such civil action or the failure of any decree of foreclosure and sale to forec

ghts shall not be asserted by Borrower as a defense in any civil action instituted to co

ebtedness, or any part thereof or any deficiency remaining unpaid after foreclosure and

Mortgaged Property, any statute or rule of law at any time existing to the con

standing.

Notice.

(a)     All notices under this Security Instrument shall be:

(1)     in writing, and shall be (A) delivered, in person, (B) mailed, pos
prepaid, either by registered or certified delivery, return receipt requested, or (C) ser
overnight express courier;

(2)     addressed to the intended recipient at its respective address set forth a
end of this Security Instrument; and

(3)     deemed given on the earlier to occur of:

(A)     the date when the notice is received by the addressee; or

(B)     if the recipient refuses or rejects delivery, the date on which
notice is so refused or rejected, as conclusively established by the records o
United States Postal Service or such express courier service.

(b)     Any party to this Security Instrument may change the address to which no
d for it are to be directed by means of notice given to the other party in accordance
ction 8.

(c)     Any required notice under this Security Instrument which does not specify
are to be given shall be given in accordance with this Section 8.

Mortgagee-in-Possession.

Borrower acknowledges and agrees that the exercise by Lender of any of the r
ed in this Security Instrument shall not be construed to make Lender a mortgage
sion of the Mortgaged Property so long as Lender has not itself entered into a
sion of the Land and Improvements.

ent and Borrower shall pay Lender's costs incurred in connection with such release.

**State Specific Provisions.**

(a)  If the proceeds of the Indebtedness are used by Borrower to pay all or a part o
e price of the Mortgaged Property, this Security Instrument is declared to be a purc
mortgage, and Lender is entitled to all of the rights and benefits thereof including
s of 42 Pa. C.S.A. Section 8141(1).

(b)  At Lender's election, it shall be an Event of Default if Borrower delivers to Le
under 42 Pa. C.S.A. Section 8143(c) or if Lender shall receive or be served with any n
t to 42 Pa. C.S.A. Section 8143(b) or (d).

(c)  This Security Instrument shall secure any additional loans as well as any an
or future advances and readvances made by Lender to or for the benefit of Borrower o
ged Property, all of which shall be entitled to the benefits of an Open-End Mortgage u
C.S.A. Section 8143 and shall have the same lien priority as if the future loans, advanc
ces were made as of the date hereof including:  (1) principal, interest, late charges,
er amounts due under this Security Instrument or any other Loan Document; (
es made by Lender to Borrower or any other person to pay costs of erection, construc
on, repair, restoration, maintenance, and completion of any Improvements on
ged Property; (3) all advances made or costs incurred by Lender for the payment of
taxes, assessments or other governmental charges, maintenance charges, insur
ms, appraisal charges, environmental inspection, audit, testing or compliance costs
curred by Lender for the enforcement and protection of the Mortgaged Property or the
Security Instrument or the other Loan Documents; and (4) all legal fees, costs and
es incurred by Lender by reason of any default or otherwise in connection with
ge Loan.  Borrower agrees that if, at any time during the term of the Mortgage Loa
ng a foreclosure of this Security Instrument, Borrower fails to perform or observe
t or obligation under this Security Instrument or any other Loan Document inclu
t of all or any portion of the Mortgage Loan, Lender may (but shall not be obligate
ch steps as are reasonably necessary to remedy any such nonperformance or nonobserv
ovide payment thereof.  All amounts advanced by Lender shall be added to the am
d by this Security Instrument and the other Loan Documents, and shall be due and pa
nand, together with interest at the Default Rate, such interest to be calculated from the
advance to the date of repayment thereof.  Borrower's obligations hereunder sha
uing and shall survive notwithstanding a foreclosure of this Security Instrument.
um amount secured by this Security Instrument is two hundred percent (200%) o
l principal amount of the Note.

ous Sites Cleanup Act or pursuant to any other Environmental Law and the Mortg

y has no such notice or restriction in its deed.

(e)     This Security Instrument shall not, solely for purposes of determining int

e under the Note, merge with any judgment on any Loan Document or a judgme

ge foreclosure under this Security Instrument.

(f)     All covenants of Borrower contained herein providing for the indemnifica

e or release of Lender, or for the payment of costs or expenses by Borrower, inclu

t limitation the payment or reimbursement of attorneys' fees or costs, or for the payme

enses for the protection, upkeep or maintenance of the Mortgaged Property, includin

t of taxes or any other expenses, are intended to be severable from the other provisio

curity Instrument, shall survive the entry of any judgment hereunder, and shall n

l merged into the judgment. In particular and without limiting the foregoing, any attor

curred in the enforcement of any judgment obtained hereunder shall be recoverable

e item and shall not be merged into the judgment.

### Governing Law; Consent to Jurisdiction and Venue.

This Security Instrument shall be governed by the laws of the Property Jurisdiction wi

effect to any choice of law provisions thereof that would result in the application

f another jurisdiction. Borrower agrees that any controversy arising under or in relati

curity Instrument shall be litigated exclusively in the Property Jurisdiction. The stat

courts and authorities with jurisdiction in the Property Jurisdiction shall have excl

tion over all controversies that arise under or in relation to any security fo

edness. Borrower irrevocably consents to service, jurisdiction, and venue of such cou

h litigation and waives any other venue to which it might be entitled by virtue of dom

l residence or otherwise.

### Miscellaneous Provisions.

(a)     This Security Instrument shall bind, and the rights granted by this Sec

ment shall benefit, the successors and assigns of Lender. This Security Instrument shall

e obligations granted by this Security Instrument shall inure to, any permitted succe

signs of Borrower under the Loan Agreement. If more than one (1) person or entity

curity Instrument as Borrower, the obligations of such persons and entities shall be

veral. The relationship between Lender and Borrower shall be solely that of credito

, respectively, and nothing contained in this Security Instrument shall create any

nship between Lender and Borrower. No creditor of any party to this Security Instru

(b)     The invalidity or unenforceability of any provision of this Security Instrument or [othe]r Loan Document shall not affect the validity or enforceability of any other provisi[on of this Se]curity Instrument or of any other Loan Document, all of which shall remain in full [for]ce [and eff]ect. This Security Instrument contains the complete and entire agreement among the pa[rties as to] the matters covered, rights granted and the obligations assumed in this Security Instrum[ent. This Se]curity Instrument may not be amended or modified except by written agreement signe[d by the par]ties hereto.

(c)     The following rules of construction shall apply to this Security Instrument:

(1)     The captions and headings of the sections of this Security Instrument ar[e for] convenience only and shall be disregarded in construing this Security Instrument.

(2)     Any reference in this Security Instrument to an "Exhibit" or "Schedul[e" or to] a "Section" or an "Article" shall, unless otherwise explicitly provided, be constru[ed as] referring, respectively, to an exhibit or schedule attached to this Security Instrument [or to] a Section or Article of this Security Instrument.

(3)     Any reference in this Security Instrument to a statute or regulation sha[ll be] construed as referring to that statute or regulation as amended from time to time.

(4)     Use of the singular in this Security Instrument includes the plural an[d use] of the plural includes the singular.

(5)     As used in this Security Instrument, the term "including" means "inclu[ding,] but not limited to" or "including, without limitation," and is for example only, and [not a] limitation.

(6)     Whenever Borrower's knowledge is implicated in this Security Instru[ment] or the phrase "to Borrower's knowledge" or a similar phrase is used in this Sec[urity] Instrument, Borrower's knowledge or such phrase(s) shall be interpreted to mean t[he] best of Borrower's knowledge after reasonable and diligent inquiry and investigation[.]

(7)     Unless otherwise provided in this Security Instrument, if Lender's appr[oval,] designation, determination, selection, estimate, action or decision is required, permitt[ed or] contemplated hereunder, such approval, designation, determination, selection, esti[mate,] action or decision shall be made in Lender's sole and absolute discretion.

(9) "Lender may" shall mean at Lender's discretion, but shall not b
obligation.

## Time is of the Essence.

Borrower agrees that, with respect to each and every obligation and covenant contain
curity Instrument and the other Loan Documents, time is of the essence.

## WAIVER OF TRIAL BY JURY.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EACH
OWER AND LENDER (BY ITS ACCEPTANCE HEREOF) (A) COVENANTS
ES NOT TO ELECT A TRIAL BY JURY WITH RESPECT TO ANY IS
NG OUT OF THIS SECURITY INSTRUMENT OR THE RELATIONS
EEN THE PARTIES AS BORROWER AND LENDER THAT IS TRIABLE
T BY A JURY AND (B) WAIVES ANY RIGHT TO TRIAL BY JURY W
ECT TO SUCH ISSUE TO THE EXTENT THAT ANY SUCH RIGHT EXISTS N
N THE FUTURE. THIS WAIVER OF RIGHT TO TRIAL BY JURY
RATELY GIVEN BY EACH OF BORROWER AND LENDER, KNOWINGLY
NTARILY WITH THE BENEFIT OF COMPETENT LEGAL COUNSEL.

## Acknowledgment of Receipt.

Borrower acknowledges receipt of a copy of this Security Instrument, the Note an
oan Documents.

**ATTACHED EXHIBITS.** The following Exhibits are attached to this Sec
nent and incorporated fully herein by reference:

| | | |
|---|---|---|
| **|X|** | Exhibit 1 | Additional Pennsylvania Provi (required) |
| **|X|** | Exhibit A | Description of the Land (required) |
| |_| | Exhibit B | Modifications to Security Instrument |

**[Remainder of Page Intentionally Blank]**

ully authorized representative under seal (where applicable). Where applicable law
des, Borrower intends that this Security Instrument shall be deemed to be signed
ered as a sealed instrument.

**BORROWER:**

**STONEHURST REALTY CO., LP**, a
Pennsylvania limited partnership

By:     **OLD STONE CORPORATION**, a
Pennsylvania corporation, its general partner

By: _____(SE
Name:     Philip C. Pulley
Title:     President

MMONWEALTH OF PENNSYLVANIA          )
                                                                           )SS.:
NTY OF  *montgomery*                                    )

this,    the  22  day  of  _____April_____, 2022,    before
*Philip Pulley* _____, the undersigned officer, personally appea
LIP C. PULLEY, who acknowledged himself to be the **PRESIDENT** of **OLD STO
RPORATION**, a Pennsylvania corporation, the **GENERAL PARTNER** of **STONEHU
LTY CO., LP**, a Pennsylvania limited partnership and that he as such **PRESIDENT** be
rized to do so, executed the foregoing instrument for the purposes therein contained by sign
ame of the limited partnership by himself as **PRESIDENT**.

tness whereof, I hereunto set my hand and official seal.

ry Public

ed Name: _*Jacqueline Silverman*_

Commission Expires:
-27 -2023

Commonwealth of Pennsylvania - Notary
JACQUELINE SILVERMAN - Notary Publi
Montgomery County
My Commission Expires Mar 27, 2023
Commission Number 1348827

Debtor Name/Record Owner:

**STONEHURST REALTY CO., LP**, a
 Pennsylvania limited partnership

Debtor Chief Executive Office Address:

P.O. Box 549
Abington, Pennsylvania 19001

Debtor Organizational ID Number: 2805189

Notice Address:

610 York Road, Suite 375
Jenkintown, Pennsylvania 19046

address of Lender is:

10 West Broad Street, 8th Floor
Columbus, Ohio 43215

Lender:

**<u>ORIX REAL ESTATE CAPITAL, LLC</u>**, a
Delaware limited liability company, doing business a
Lument Capital

Agent for Lender

The name and chief executive office of Lender (as
Secured Party) are:

Secured Party Name:

**<u>ORIX REAL ESTATE CAPITAL, LLC</u>**, a
Delaware limited liability company, doing business a
Lument Capital

Secured Party Chief Executive Office Address:

10 West Broad Street, 8th Floor
Columbus, Ohio 43215

Secured Party Notice Address:

ORIX Real Estate Capital, LLC d/b/a Lument Capital
2001 Ross Avenue, Suite 1900
Dallas, Texas 75201
Attention: Loan Administration
Email: lumentLoanAdmin@lument.com

wers of attorney granted in this Security Instrument shall not be construed in accordance
of Chapter 56 of Title 20 of the Pennsylvania Consolidated Statutes, as amended.
shall be exercised for the benefit of Lender and not for the benefit of Borrower or
or and, in acting under such powers, Lender shall not have any fiduciary duty to Borrow
rantor.

ECURITY INSTRUMENT AND THE LOAN AGREEMENT CONTAIN A POWER
RNEY COUPLED WITH AN INTEREST AND IS FOR THE SOLE BENEFIT
ER. THIS SECURITY INSTRUMENT AND THE LOAN AGREEMENT ARE BE
TED IN CONNECTION WITH A LOAN OR OTHER FINANCIAL TRANSACT
BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY
EHOLD PURPOSES. LENDER, AS AGENT FOR BORROWER, UNDER THE POW
TORNEY, IS NOT A FIDUCIARY FOR BORROWER, IN EXERCISING ANY OF
S OR POWERS PURSUANT TO THE POWER OF ATTORNEY, MAY DO SO FOR
BENEFIT OF LENDER AND NOT FOR BORROWER. BORROWER HER
OCABLY ACKNOWLEDGES AND AGREES THAT ANY EXERCISE OF
GOING POWER, REGARDLESS OF THE TIME OR MANNER IN WHICH S
R IS EXERCISED AND NOTWITHSTANDING ANY CURRENT OR FUTURE CL
E CONTRARY BY BORROWER, IS AND SHALL BE DEEMED TO BE WIT
OWER'S REASONABLE EXPECTATIONS IN THE EVENT OF THE OCCURRENC
VENT OF DEFAULT OR IF LENDER DETERMINES, IN ITS DISCRETION, T
NT CIRCUMSTANCES EXIST OR THAT SUCH EXERCISE IS NECESSARY
ENT IN ORDER TO PROTECT AND PRESERVE THE MORTGAGED PROPERTY
R'S LIEN PRIORITY AND SECURITY INTEREST IN THE MORTGA
RTY, AND BORROWER HEREBY FURTHER IRREVOCABLY ACKNOWLED
GREES THAT IT IS BORROWER'S REASONABLE EXPECTATION THAT LEND
NS UNDER THE FOREGOING POWER MAY BE ADVERSE TO BORROWER'S
EST.

**BORROWER:**

**STONEHURST REALTY CO., LP**, a
Pennsylvania limited partnership

By:    **OLD STONE CORPORATION**, a
        Pennsylvania corporation, its general partner

_____
Witness

_____
Witness

By:_____(SEA
Name:    Philip C. Pulley
Title:    Sole Shareholder

COMMONWEALTH OF PENNSYLVANIA     )
                          )SS.:
COUNTY OF  *montgomery*    )

On this, the ___22___ day of ___April___, 2022, before
me, ___Philip Pulley___, the undersigned officer, personally appeared
**PHILIP C. PULLEY**, who acknowledged himself to be the **PRESIDENT** of **OLD STONE
CORPORATION**, a Pennsylvania corporation, the **GENERAL PARTNER** of **STONEHURST
REALTY CO., LP**, a Pennsylvania limited partnership and that he as such **PRESIDENT** being
authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the
name of the limited partnership by himself as **PRESIDENT**.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public
Printed Name: *Jacqueline Silverman* _____

My Commission Expires:
___3-27-2023___

Commonwealth of Pennsylvania - Notary Seal
JACQUELINE SILVERMAN - Notary Public
Montgomery County
My Commission Expires Mar 27, 2023
Commission Number 1348827

ALL THAT CERTAIN lot or piece of land with the four story stone and brick store and apartment building thereon erected, SITUATE in the Township of Upper Darby, County of Delaware and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

SITUATE on the Southwesterly corner of Garrett Road and Copley Road; thence extending along the Southeasterly side of the said Garrett Road measured South 48 degrees 11 minutes West, 160 feet to the Northeasterly side of a 20 feet wide right-of-way; thence by same South 41 degrees 49 minutes East, 120.97 feet to the Northwesterly side of Ashby Road; thence by the Northwesterly side of the said Ashby Road, North 57 degrees 17 minutes East, 104.12 feet to the Southwesterly side of the said Copley Road; thence along the same North 19 degrees 13 minutes 30 seconds West, 148.86 feet to the first mentioned point and place of beginning.

TOGETHER with the right and use of the said 20 feet wide right-of-way in common with the owners of other lands abutting thereon.