IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANNIE MAE,**  <br><br>       **Plaintiff,**  <br><br>              **v.**  <br><br> **HARRISON COURT REALTY CO., L.P.,** *et al.***,**  <br><br>       **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> **CIVIL ACTION**  <br><br> **NO. 2:24-cv-04722** |

**RECEIVER'S MOTION FOR DECLARATORY RELIEF**

Trigild IVL, LLC, the Court-appointed receiver (the "Receiver"), by its counsel, respectfully moves the Court for a declaration that the Receiver and its property manager are not liable to Courtney Hathaway or other tenants for the return of tenant security deposits paid to Defendants and their agents prior to the receivership and not turned over by Defendants and their agents to the Receiver. In support of its motion, the Receiver relies upon its supporting memorandum of law.

Respectfully submitted,

Dated:  October 10, 2025

*/s/ Raymond A. Quaglia*
Raymond A. Quaglia, Esq.
Brian Kearney, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500
quaglia@ballardspahr.com
kearneyb@ballardspahr.com

*Counsel for Receiver*