IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANNIE MAE**　　　　　*Plaintiff* | :<br>:<br>: |
| v. | :　**CIVIL NO. 24-4722** |
| **HARRISON COURT REALTY CO., L.P.,** et al.　　　　　*Defendants* | :<br>:<br>:<br>: |

**O R D E R**

**AND NOW,** this 13th day of November, 2025, upon review of the docket in this case, it is hereby **ORDERED** that argument on the pending Receiver's Motion for Declaratory Relief (ECF No. 86) and Receiver's Motion to Hold Defendants and Their Principal in Contempt of the Court's Compliance Order (ECF No. 88) will be held on November 24, 2025 following the previously scheduled oral argument on the Motion for Summary Judgment to be held at 11:00 a.m.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*/s/ Catherine Henry*
　　　　　　　　　　　　　　　　　　　　　　**HON. CATHERINE HENRY**
　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**