**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FANNIE MAE** | : | |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 24-4722** |
| | : | |
| **HARRISON COURT REALTY CO., L.P.,** | : | |
| **et al.** | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW,** this 18th day of February, 2026, after a hearing on the Motion for Contempt (ECF No. 88) held on February 9, 2026, at which Philip Pulley, principal of Defendants, did not appear, it is hereby **ORDERED** as follows:

1. Within five (5) days of this Order, Defendants and Philip Pulley shall produce to the Receiver and to this Court all statements for each month from October 2024 to present for any account which holds or held operating funds, security deposits, or other monies connected with the properties subject to the Receiver Order.

2. Another hearing on the Motion will be held on **Monday, March 30, 2026, at 2:00 p.m.** at the United States District Court, 4th Floor - Holmes Building, 101 Larry Holmes Drive, Easton, PA 18072.

3. Philip Pulley, the principal of Defendant companies, shall attend the hearing in person.[1]

---

[1] Pursuant to the Eastern District of Pennsylvania's Protocol for Remote Appearances, remote appearance is subject to the discretion of the presiding judge. Given the tortured and needlessly prolonged nature of the Motion for Contempt in this case, the Motion's reliance on documentary evidence, the need to assess Mr. Pulley's credibility, and the fact that the Receiver seeks to hold Mr. Pulley himself in contempt of Court, I find his physical presence necessary. If Mr. Pulley is unavailable to travel to Easton for the date the hearing is set, he must submit to the Court an affidavit and supporting documentation demonstrating why that is the case and proposing a range of alternative dates in which he would be available to travel to Easton.

4. Counsel for Defendants shall serve a copy of this Order upon Philip Pulley no later than February 25, 2026 and shall certify service with the Court.

5. The Court will not entertain requests for continuance without good cause shown in a Motion for Continuance. The parties shall confer before any Motion for Continuance and provide the Court with agreed-upon alternative proposed dates.

BY THE COURT:

/s/ Catherine Henry

**HON. CATHERINE HENRY**
**United States District Court Judge**