# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANNIE MAE** : |  |
| *Plaintiff* : |  |
| : |  |
| v. : | CIVIL NO. 24-4722 |
| : |  |
| **HARRISON COURT REALTY CO., L.P.,** : |  |
| et al. : |  |
| *Defendants* : |  |

## O R D E R

**AND NOW,** this 16th day of March, 2026, upon consideration of Defendant's Motion for Continuance (ECF No. 126), it is hereby **ORDERED** that the Motion is **GRANTED**. The hearing on the Motion for Contempt previously scheduled for March 30, 2026 is rescheduled for **Monday, April 27, 2026, at 1:00 p.m.** at the United States District Court, 4th Floor - Holmes Building, 101 Larry Holmes Drive, Easton, PA 18072.

BY THE COURT:

*/s/ Catherine Henry*

**HON. CATHERINE HENRY**
**United States District Court Judge**