**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FANNIE MAE,**<br><br>    **Plaintiff,**<br><br>         **v.**<br><br>**HARRISON COURT REALTY CO., L.P.,** *et al.*,<br><br>    **Defendants.** | : : : : : : : : : : : | **CIVIL ACTION**<br><br>**NO. 2:24-cv-04722** |

**RECEIVER'S RESPONSE IN OPPOSITION TO
GOLDSTEIN LAW PARTNERS, LLC'S MOTION TO INTERVENE**

Trigild IVL, LLC, the Court-appointed receiver (the "Receiver"), by its counsel, for its response in opposition to the Motion to Intervene for the Limited Purpose of Recognizing and Enforcing Attorney Charging Liens (ECF Doc. No. 128) (the "Motion") of Proposed Intervenor Goldstein Law Partners, LLC, joins in Plaintiff Fannie Mae's response in opposition (ECF Doc. No. 134) and respectfully requests that the Court deny the Motion.

Respectfully submitted,

Dated: April 2, 2026

/s/ Raymond A. Quaglia
Raymond A. Quaglia, Esq.
Brian N. Kearney, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500
quaglia@ballardspahr.com
kearneyb@ballardspahr.com

*Counsel for Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the Receiver's foregoing Response in Opposition to Goldstein Law Partners, LLC's Motion to Intervene to be served via ECF upon all counsel of record.


Dated:  April 2, 2026                                        */s/ Raymond A. Quaglia*
                                                                    Raymond A. Quaglia